1
2
3
4
5
6
7

8                   **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                     **SAN FRANCISCO DIVISION**

11

12   ADAM JIBREEL,                          Case No. 3:14-cv-02774  NC

13              Plaintiff,              **SUA SPONTE JUDICIAL**
                                        **REFERRAL FOR PURPOSES OF**
14        v.                            **DETERMINING RELATIONSHIP**
                                        **OF CASES**
15   HOCK SENG CHIN,

16              Defendant.

17

18        In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the

19   above captioned case is referred to Judge Jon S. Tigar to determine whether it is related to

20   Adam Jibreel v. Hock Seng Chin, et al., Case No. 3:13c-v-03470 JST.

21        IT IS SO ORDERED.

22        Date: June  30, 2014

23                                       Nathanael M. Cousins
                                         United States Magistrate Judge
24
25
26
27
28