UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JIBREEL,<br><br>            Plaintiff,<br><br>       v.<br><br>HOCK SENG CHIN,<br><br>            Defendant. | Case No. 14-cv-02774-JST<br><br>**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED WITH PREJUDICE PURSUANT TO RULE 41(B)**<br><br>Re: ECF No. 7 |

On July 7, 2014, the Court issued an order granting Plaintiff in forma pauperis status, but dismissing his complaint without prejudice for failure to state a claim. ECF No. 7. The order required him to file an amended complaint by July 29 or face dismissal of his claims with prejudice. Id. Plaintiff has failed to file an amended complaint.

Therefore, the Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff shall file a written response to this order no later than August 21, 2014. If Plaintiff fails to file a response by this date, the complaint will be dismissed with prejudice.

Plaintiff is advised that he can find helpful information for *pro se* litigants at http://cand.uscourts.gov/proselitigants, including the Northern District's Representing Yourself in Federal Court: A Handbook for Pro Se Litigants. The handbook is also available free of charge at the Clerk's Office.

Plaintiff is also encouraged to seek the assistance of the free Legal Help Center operated by the Bar Association of San Francisco. The Legal Help Center has locations at 450 Golden Gate

Avenue, 15th Floor, Room 2796, San Francisco, California and at 1301 Clay Street, 4th Floor, Room 470S, Oakland, California. Assistance is provided by appointment only. A litigant may schedule an appointment by signing up in the appointment book located on the table outside the door of the Center or by calling the Legal Help Center appointment line at 415-782-8982.

**IT IS SO ORDERED.**

Dated: July 31, 2014

_____
JON S. TIGAR
United States District Judge